■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GRAHAM, Appellant.—Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Hayes, J.), rendered May 7, 1984, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted robbery in the second degree, upon his plea of guilty.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GRAHAM, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered May 7, 1984, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, he was properly adjudicated a second violent felony offender, as he had previously pleaded guilty to the crime of attempted robbery in the second degree for acts committed on December 23, 1978. This crime was classified as a class C violent felony effective September 1, 1978 (see, Penal Law § 70.02 [1] [c]; L 1978, ch 481, §§ 3, 67). Accordingly, there was no error in the sentencing of the defendant as a second violent felony offender. Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.